United States District Court
Southern District of Texas
**ENTERED**
August 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MICHAEL HABINIAK, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 7:14-cv-00069 |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:15-cv-00299 |
| | § | |
| TEXAS NATIONAL BANK, et al., | § | CIVIL ACTION NO. 7:17-cv-00343 |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers Plaintiff Michael Habiniak's "Response to Order of Denial & Notice to the Court and Defendants."[1] The Court finds Plaintiff's filing to be in direct violation of the Court's January 5, 2016 permanent injunction.[2] Among other things, Plaintiff accuses this Court of misrepresenting the law, being corrupt, "intentionally ignoring and refusing to apply the applicable controlling law, for the benefit of your Defendant friends," and Plaintiff again attempts to overturn Judge Ramirez's order.[3] Plaintiff is permanently enjoined from "in any manner" attempting to institute or revive a grievance against Judge Ramirez.[4]

Accordingly, the Court summarily **DISMISSES** Plaintiff's "Response" brief[5] effective immediately, subject *only* to reconsideration if Michael Habiniak appears before the Court in person on **August 17, 2021, at 9:00 a.m.** to **SHOW CAUSE** why he is not in violation for deliberately flouting this Court's permanent injunction. Failure to show cause may subject Mr.

---

[1] Dkt. No. 114.
[2] Dkt. No. 71.
[3] Dkt. No. 114 at 1–5.
[4] Dkt. No. 71 at 5.
[5] Dkt. No. 114.

Habiniak to being found in criminal contempt of Court, with potential punishments including a fine, imprisonment, both, or any other sanction the Court finds warranted by the circumstances.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 9th day of August 2021.

                                              Micaela Alvarez
                                        United States District Judge